ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$178,202.00 IN U.S. CURRENCY,<br><br>    Defendant.<br><br>MARTIN GONZALEZ,<br><br>    Claimant. | No. CV 09-07850-RGK(FMOx)<br><br>**[**~~PROPOSED~~**]**<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

On or about October 28, 2009, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the defendant $178,202.00 in U.S. Currency (the "defendant currency")

is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

Claimant Martin Gonzalez ("claimant") filed a claim to the defendant currency on or about December 8, 2009 and an answer to the Complaint on or about December 28, 2009. No other parties have appeared in this case and the time for filing claims and answers has expired.

The government and claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than claimant. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. The defendant currency, plus the interest earned by the United States of America on the defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives,

including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. The Court further finds that claimant did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

DATED: June 9, 2011

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above consent judgment of forfeiture and waive any right of appeal.

| | |
|---|---|
| DATED: June 8, 2011 | ANDRÉ BIROTTE JR.<br>United States Attorney<br>ROBERT E. DUGDALE<br>Assistant United States Attorney<br>Chief, Criminal Division<br>STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section |
| | /s/ Victor A. Rodgers<br>VICTOR A. RODGERS<br>Assistant United States Attorney<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| DATED: June 6, 2011 | PAUL L. GABBERT<br>Attorney at Law<br><br>/s/ Paul L. Gabbert<br>PAUL L. GABBERT<br><br>Attorney for Claimant<br>MARTIN GONZALEZ |
| DATED: June 2, 2011 | /s/ Martin Gonzalez<br>MARTIN GONZALEZ |